The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



John P. Gustafson
United States Bankruptcy Judge

Dated: May 17 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re ) | Case No. | 23-30695 |
| ) | | |
| Harry Lawrence Vonderhaar ) | Chapter 7 | |
| ) | | |
| Debtor(s). ) | | |
| ) | JUDGE JOHN P. GUSTAFSON | |

## HEARING ORDER

This case comes before the Court sua sponte. Debtor, through Counsel Jeffrey J. Horvath, commenced this Chapter 7 case on April 24, 2023, with the filing of the Chapter 7 Voluntary Petition for Individuals [Doc. #1]. The Chapter 7 filing fee was paid in full at the time of filing (Receipt number A46320393). A review of the Court's records indicate that the Debtor herein, Harry Lawrence Vonderhaar (XXX-XX-3755), currently has an open pending Chapter 13 case, *19-30463 Harry Lawrence Vonderhaar and Etta Jean Vonderhaar, (Deceased)*, filed by Debtors through Counsel Paul H. Duggan, on February 25, 2019.

For these reasons this case will be scheduled for hearing to determine if Debtor should be allowed or prohibited to proceed with two simultaneous bankruptcy cases.

**IT IS THEREFORE ORDERED** that a hearing on this matter is hereby scheduled before the Honorable John P. Gustafson, on **June 13, 2023 at 2:30 p.m.,** United States Bankruptcy Court,

1

Courtroom #2, 6th Floor, 405 Madison Avenue, Toledo, Ohio.

**IT IS FURTHER ORDERED** that a copy of this Order be entered in Case No. 19-30463 Harry Lawrence Vonderhaar and Etta Jean Vonderhaar, (Deceased).

*Parties may participate in person in Courtroom #2 or via phone by calling the court's conference line (888-557-8511; access code 1290429#) no less than 5 minutes prior to the scheduled hearing.*

###